IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGO E MIRANDA, Husband and Wife; and HERMINIA MIRANDA, Husband and Wife;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CLASSIC CONCEPTS CONSTRUCTION, LLC, JOHN BENEFIELD, and PRAIRIE ENGINEERING, INC.,<br><br>　　　　　Defendants. | **8:19CV267**<br><br>**ORDER** |

　　　IT IS ORDERED that the motion to withdraw filed by Byron A. Bowles and Alan T. Fogleman, as counsel of record for Defendant Prairie Engineering, Inc. ([Filing No. 31](#)), is granted.

　　　Byron A. Bowles and Alan T. Fogleman shall no longer receive electronic notice in this case.

　　　Dated this 3rd day of February, 2020.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge