IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGO E MIRANDA and HERMINIA MIRANDA, Husband and Wife;<br><br>Plaintiffs,<br><br>vs.<br><br>CLASSIC CONCEPTS CONSTRUCTION, LLC, JOHN BENEFIELD, and PRAIRIE ENGINEERING, INC.,<br><br>Defendants / Third Party Plaintiffs.<br><br>vs.<br><br>SAFETY MANAGEMENT GROUP OF INDIANA, INC., d/b/a SAFETY MANAGEMENT GROUP<br><br>Third Party Defendant. | 8:19CV267<br><br>ORDER |

1) The motion to withdraw filed by A. Victor Rawl Jr., and Earl G. Greene, III, as counsel of record for Third Party Defendant Safety Management Group of Indiana, Inc. (Filing No. 84), is granted.

2) A corporation cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before March 17, 2021, Safety Management Group of Indiana, Inc. shall either obtain the services of counsel and have that attorney file an appearance in this case.  The failure to do so may result in an entry of default and/or a default judgment against Third Party Defendant Safety Management Group of Indiana, Inc.

3) Safety Management Group of Indiana, Inc.'s motion to temporarily stay all discovery is granted.  The unexpired progression deadlines are stayed. The parties' proposed order for extending the unexpired

progression deadlines shall be emailed to zwart@ned.uscourts.gov within 10 days following the appearance of counsel for Safety Management Group of Indiana, Inc.

Dated this 18th day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge